IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**DERRICK L. RUSSELL**                                                                               **PLAINTIFF**
**#266367**

v.                          Case No. 4:23-cv-01093-LPR-BBM

**ERIC S. HIGGINS,** *Sheriff, Pulaski County*;
and **MELANIE MARTIN,** *3rd Division*
*Judge, Little Rock District Court*                                                   **DEFENDANTS**

### ORDER

On November 16, 2023, Plaintiff Derrick L. Russell, a prisoner in the Pulaski County Regional Detention Facility, filed a *pro se* Complaint pursuant to 42 U.S.C. § 1983.[1] On November 28, 2023, the Court entered an Order directing Plaintiff to, within thirty (30) days, either pay the $402 filing fee or file a properly completed motion to proceed *in forma pauperis*.[2] The Court warned Plaintiff that his failure to comply with the Order would result in the dismissal of his Complaint without prejudice.[3] Plaintiff has not complied with or otherwise responded to the November 28, 2023 Order, and the time for doing so has expired.

Accordingly, Plaintiff's Complaint (Doc. 2) is hereby DISMISSED without prejudice pursuant to Local Rule 5.5(c)(2) for failure to prosecute. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order or the accompanying Judgment would not be taken in good faith.

IT IS SO ORDERED this 12th day of March 2024.

---

[1] Compl. (Doc. 2).

[2] Order (Doc. 5). The Order was entered by United States Magistrate Judge Benecia B. Moore.

[3] *Id.* at 3.

2

*[signature]*

LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE